appear from the language used in section 32, or elsewhere in the Corporation Act, that corporations not for profit are given the power claimed in this case to hold corporate meetings outside of the State of Illinois; nor does it clearly appear that the power is anywhere given to take from the members, by means of by-laws, the right to vote, "in person or by proxy," for trustees, and vest that right in delegates selected by the constituent associations. We therefore must conclude that the powers claimed have never been granted to, and are not possessed by, the association in question.

In our opinion, the Circuit Court erred in sustaining the demurrer to the petition for mandamus, and its judgment will therefore be reversed and the cause remanded.

*Reversed and remanded.*

MR. PRESIDING JUSTICE MCSURELY dissents.

---

### Leonard Shadburne, Appellee, v. A. Sbarbaro, Appellant.

### Gen. No. 17,776. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action by Leonard Shadburne against A. Sbarbaro for dissolution of a partnership and an accounting. From a decree in favor of complainant for $3,720.25, defendant appeals.

RICHARD I. GAVIN, for appellant; GAVIN & MAYER and GEORGE E. SWARTZ, of counsel.

FREDERICK A. BROWN, for appellee; BROWN & EWEN and KENDALL & LUBY, of counsel.

MR. JUSTICE FITCH delivered the opinion of the court.

## Abstract of the Decision.

1. PARTNERSHIP, § 377*—*when master's report sufficient.* In proceeding for dissolution of a partnership and for an accounting, a master's report sufficiently itemizes the amounts found to be due to the complainant without giving the details of the several items, where the itemized statement leaves no doubt as to what was included in the total.

2. PARTNERSHIP, § 422*—*when decree in accounting may be entered without first settling partnership affairs.* Decree finding the amount due on an accounting may be entered without first settling the partnership affairs, where the defendant filed a bond to secure payment of any amount which might be found due to complainant, retained the assets and did not offer to show there was no such settlement.

3. PARTNERSHIP, § 52*—*when evidence sufficient to establish partnership as between the parties.* Finding in favor of the existence of a partnership *held* sustained by the evidence, where the evidence as to the agreement is conflicting, but there is uncontroverted evidence that defendant held plaintiff out as a partner and that he received from plaintiff cash and credits used in the business.

---

## Alice Bankwitz, Appellee, v. Northwestern Elevated Railroad Company, Appellant.

### Gen. No. 17,823.

1. CARRIERS, § 364*—*liability to passenger falling through open space between car and station platform.* Elevated railroad stopping its cars at a platform where it is dangerous for passengers to alight, by reason of an open space between a car and the platform,